1  BETH W. MORA, State Bar No. 208859
2  ELENA N. LIVERIS, State Bar No. 262973
   COOPER & MORA, A Professional Corporation
3  18 Crow Canyon Court, Suite 145
   San Ramon, CA 94583
4  Telephone:   925.820.8949
   Facsimile:   925.8250.0278
5  E-mail:  bmora@cooperlawoffice.com
            eliveris@cooperlawoffice.com
6
7  Attorneys for Plaintiff
   CARLOTA MORALES

8                  UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

| CARLOTA MORALES, | Case No. CIV 12-04475 YGR |
|---|---|
| Plaintiff, | **STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER** |
| v. | |
| U.S. SECURITY ASSOCIATES, INC., a Delaware Corporation; and Does 1-50, | |
| Defendants. | |

Pursuant to the terms of a written compromise settlement and release of claims and pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the parties hereby stipulate that the above-captioned action by Plaintiff Carlota Morales against Defendant U.S. Security Associates, Inc. shall be dismissed with prejudice, and that, except as otherwise provided in the agreement between the parties, each party shall bear their own costs and fees, including attorneys' fees.

**IT IS SO STIPULATED.**

Dated: January 31, 2013          COOPER & MORA, APC


                                 By   /s/ Beth W. Mora
                                    BETH W. MORA
                                    Attorneys for Plaintiff
                                    CARLOTA MORALES


Dated: January 31, 2013          LITTLER MENDELSON


                                 By   /s/ Eric Bellafronto
                                    ERIC BELLAFRONTO
                                    Attorneys for Defendant
                                    U.S. SECURITY ASSOCIATES, INC.


**ORDER**

It is hereby ordered and adjudged that this matter is dismissed with prejudice and that, except as otherwise provided in the agreement between the parties, each party shall bear their own costs and fees, including attorneys' fees.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: February 13, 2013         _____
                                 UNITED STATES DISTRICT JUDGE
                                 YVONNE GONZALEZ ROGERS