1  BETH W. MORA, State Bar No. 208859
2  ELENA N. LIVERIS, State Bar No. 262973
   COOPER & MORA, A Professional Corporation
3  18 Crow Canyon Court, Suite 145
   San Ramon, CA 94583
4  Telephone:   925.820.8949
   Facsimile:   925.8250.0278
5  E-mail:  bmora@cooperlawoffice.com
            eliveris@cooperlawoffice.com
6
7  Attorneys for Plaintiff
   CARLOTA MORALES

8               UNITED STATES DISTRICT COURT

9               NORTHERN DISTRICT OF CALIFORNIA

10

11

12 | CARLOTA MORALES,                          | Case No. CIV 12-04475 YGR
13 |         Plaintiff,                        | **STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER**
14 |     v.                                    |
15 | U.S. SECURITY ASSOCIATES, INC., a         |
16 | Delaware Corporation; and Does 1-50,      |
17 |         Defendants.                       |

Pursuant to the terms of a written compromise settlement and release of claims and pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the parties hereby stipulate that the above-captioned action by Plaintiff Carlota Morales against Defendant U.S. Security Associates, Inc. shall be dismissed with prejudice, and that, except as otherwise provided in the agreement between the parties, each party shall bear their own costs and fees, including attorneys' fees.

**IT IS SO STIPULATED.**

Dated: January 31, 2013                COOPER & MORA, APC

By   /s/ Beth W. Mora
    BETH W. MORA
    Attorneys for Plaintiff
    CARLOTA MORALES

Dated: January 31, 2013                LITTLER MENDELSON

By   /s/ Eric Bellafronto
    ERIC BELLAFRONTO
    Attorneys for Defendant
    U.S. SECURITY ASSOCIATES, INC.

**ORDER**

It is hereby ordered and adjudged that this matter is dismissed with prejudice and that, except as otherwise provided in the agreement between the parties, each party shall bear their own costs and fees, including attorneys' fees.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:  February 13, 2013

UNITED STATES DISTRICT JUDGE
YVONNE GONZALEZ ROGERS

Stip for Dismissal                2                STIPULATION OF DISMISSAL WITH
                                                   PREJUDICE AND [PROPOSED] ORDER
                                                   CASE NO. CIV 12-04475 YGR